UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACARIO VILLALPANDO, | No. 2:25-cv-01437-DC-CSK (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| PEOPLE OF THE STATE OF CALIFORNIA, | (Doc. No. 8) |
| Respondent. | |

Petitioner Macario Villalpando is a state prisoner proceeding *pro se* on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2025, the magistrate judge issued findings and recommendations recommending that Petitioner's petition be dismissed without prejudice for failure to state a cognizable federal habeas claim. (Doc. No. 8.) The pending findings and recommendations were served on Petitioner and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id*. at 5.) On July 16, 2025, Petitioner filed objections to the pending findings and recommendations. (Doc. No. 9.) Petitioner's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this

1  court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
2  including Petitioner's objections, the court finds the findings and recommendations to be
3  supported by the record and by proper analysis.
4      Having concluded that the pending petition must be dismissed, the court also declines to
5  issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute
6  right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v.*
7  *Cockrell*, 537 U.S. 322, 335–36 (2003). If a court denies a petition, the court may only issue a
8  certificate of appealability when a petitioner makes a substantial showing of the denial of a
9  constitutional right. 28 U.S.C. § 2253(c)(2). To make a substantial showing, a petitioner must
10 establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition
11 should have been resolved in a different manner or that the issues presented were 'adequate to
12 deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)
13 (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)). In the present case, the court finds
14 Petitioner did not make the required substantial showing of the denial of a constitutional right to
15 justify the issuance of a certificate of appealability. Reasonable jurists would not find the
16 determination that the pending petition must be dismissed to be debatable or wrong. Thus, the
17 court declines to issue a certificate of appealability.
18     Accordingly,
19     1.    The findings and recommendations issued on July 2, 2025 (Doc. No. 8) are
20         ADOPTED;
21     2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is dismissed without
22         prejudice for failure to state a cognizable federal habeas claim;
23     3.    The court declines to issue a certificate of appealability; and
24     4.    The Clerk of the Court is directed to close this case.
25
26 IT IS SO ORDERED.
27 Dated:   **November 24, 2025**                              _____
28                                                              Dena Coggins
                                                             United States District Judge